**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ENREST JORD GUARDADO, | ) |
| Petitioner, | ) 3:11-cv-00248-RCJ-VPC |
| vs. | ) |
| STATE OF NEVADA, et al., | ) ORDER |
| Respondents. | ) |

The Court having recently decided various motions in this matter including the respondents' Motion to Dismiss, a scheduling order is now required. Respondents shall have thirty days from entry of this order to Answer the surviving ground for relief. Petitioner shall have thirty days after service of the Answer to reply.

**IT IS SO ORDERED**.

Dated this  23rd  day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE